■ FREDERICKA LUMLEY, Respondent, v GENERAL MILLS, INC., et al., Appellants, et al., Defendant. [658 NYS2d 32] —Order, Supreme Court, Bronx County (Alan Saks, J.), entered May 29, 1996, which denied the motion of defendants General Mills, Inc. and Lewis A. Wilmott for summary judgment dismissing the complaint as against them, unanimously affirmed, without costs.

Triable issues of fact remain concerning whether the driver of the vehicle that was struck in a rear-end collision was negligent in that amongst other things he was tailgating at an inappropriate rate of speed and made a sudden stop; and whether such negligence, if any, contributed to the collision (*see, Malekan v City Harvest*, 234 AD2d 94; *see also, Darmento v Pacific Molasses Co.*, 81 NY2d 985). Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Mazzarelli, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v TALISA MOORE, Appellant. [658 NYS2d 879] —Judgment, Supreme Court, New York County (George Roberts, J.), rendered on or about November 22, 1994, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See Anders v California*, 386 US 738; *People v Saunders*, 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no non-frivolous points which could be raised on this appeal.

Pursuant to CPL 460.20, defendant has the right to apply for leave to appeal to the Court of Appeals by making application to the Chief Judge of that Court and by submitting such application to the Clerk of that Court or to a Justice of the Appellate Division of the Supreme Court of this Department on reasonable notice to the respondent within thirty (30) days after service of a copy of this order, with notice of entry.

Denial of the application for permission to appeal by the Judge or Justice first applied to is final and no new application may thereafter be made to any other Judge or Justice. Concur—Sullivan, J. P., Milonas, Rosenberger, Ellerin and Mazzarelli, JJ.